UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK WARREN, JR.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEFF MACOMBER, et al.,<br><br>　　　　　Defendants. | No.  2:15-cv-2133 CKD P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On November 2, 2015, this court ordered plaintiff to submit three copies of his complaint to the court so that defendants Mohr and Shinnette can be served with process.  On November 17, 2015, plaintiff submitted USM-285 forms for Mohr and Shinnette necessary for service of process, but failed to include copies of his complaint.

/////
/////
/////
/////
/////
/////
/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff a copy his complaint; and

2. Within thirty days, plaintiff shall submit to the court the three copies of his complaint required to effect service of process.  Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

Dated:  November 23, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/md
warr2133.8f