UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK WARREN, JR., | No. 2:15-cv-2133 CKD P |
| Plaintiff, | |
| v. | ORDER |
| JEFF MACOMBER, et al., | |
| Defendants. | |

Plaintiff has filed a motion seeking leave to file an amended complaint. However, plaintiff fails to identify a need for material changes in his pleadings and none of the provisions for amending as a matter of course apply. See Fed R. Civ. P. 15(a). Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for leave to file an amended complaint (ECF No. 22) is denied and plaintiff's amended complaint (ECF No. 23) is stricken.

Dated: July 14, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
warr2133.amc