UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN FRANK, JR., | No. 2:15-cv-2133 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| JEFF MACOMBER, et al., | |
| Defendants. | |

Plaintiff has filed a motion for the appointment of counsel.  Since judgment has been entered in this case, and plaintiff has filed a notice of appeal, plaintiff's motion (ECF No. 42) is hereby denied without prejudice to refiling in the Ninth Circuit Court of Appeals.[1]

Dated: September 28, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
frank2133.ca

---

[1] Also, plaintiff has filed an "application for a certificate of appealability." While obtaining a certificate of appealability is a prerequisite for bringing an appeal in a federal habeas corpus action, see 28 U.S.C. § 2253, there is no such requirement for bringing an appeal in a 42 U.S.C. § 1983 action such as this.