UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK WARREN, JR., | No. 2:15-cv-2133 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| JEFF MACOMBER, et al., | |
| Defendants. | |

In light of the Ninth Circuit's July 19, 2017 remand order, and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants are granted 30 days within which to file a motion for summary judgment concerning plaintiff's failure to exhaust available administrative remedies. Plaintiff's opposition must be filed within 30 days after the motion is filed. Defendants may file a reply brief within 14 days following the filing of the opposition.

/////
/////
/////
/////
/////
/////

2. Discovery is stayed.

3. The court will set a schedule for discovery, and all other remaining matters, if necessary, after defendants' motion for summary judgment regarding exhaustion is resolved.

Dated: August 28, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
warr2133.msj

2