UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN FRANK, JR., | No. 2:15-cv-2133 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| JEFF MACOMBER, et al., | |
| Defendants. | |

On January 18, 2018, defendants filed a motion asking that the court compel plaintiff to respond to certain discovery requests. Plaintiff has not responded to the motion. Good cause appearing, IT IS HEREBY ORDERED that within 21 days, plaintiff shall file a response to defendants' motion to compel. Failure to comply with this order will result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Dated: March 5, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
fran2133.46osc