IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WARREN FRANK, JR.,** | Case No. 2:15-cv-02133-KJM-CKD (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **JEFF MACOMBER, et al.,** | |
| Defendants. | |

The Court reviewed Defendants' second request to modify the discovery and scheduling order. Good cause appearing, Defendants' request is granted and the discovery cut-off and deadline to file motions to compel is extended up to, and including, June 1, 2018, for the limited purpose of resolving any disputes regarding discovery that has already been propounded. The dispositive motion cut-off is further extended to June 15, 2018.

Dated: March 22, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE